NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 03-897

JOYCE D. MCINTYRE

VERSUS

CHARLES E. MCINTYRE

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 200,928
HONORABLE BERT DEXTER RYLAND, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

**BILLY HOWARD EZELL**
**JUDGE**

\*\*\*\*\*\*\*\*\*\*

Court composed of John D. Saunders, Marc T. Amy, and Billy Howard Ezell, Judges.

**AFFIRMED.**

**Michael Hathorn Davis**
**Davis & Saybe**
**P. O. Box 12180**
**Alexandria, LA 71315-2180**
**(318) 445-3621**
**Counsel for: Plaintiff/Appellee**
**Joyce D. McIntyre**

**Lauren Gay Coleman**
**Attorney at Law**
**5615 D Jackson St. Ext. #B**
**Alexandria, LA 71303**
**(318) 449-9857**
**Counsel for: Defendant/Appellant**
**Charles E. McIntyre**

**Lauren Gay Coleman**
**Attorney at Law**
**5615 D Jackson St. Ext. #B**
**Alexandria, LA 71303**
**(318) 449-9857**
**Counsel for: Defendant/Appellant**
**Charles E. McIntyre**